# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:18-cr-82-KJD-GWF |
| Plaintiff, ) | ORDER OF DISMISSAL AS TO DEFENDANT |
| vs. ) | |
| RODE PEREZ-PEREZ, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED THAT:

(1) Upon Motion of the Government and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, leave of Court is granted for the filing of the Government's Motion for Order of Dismissal.

(2) The Indictment in the above captioned case that was filed on March 21, 2018, is hereby ordered dismissed.

DATED this 4th day of June 2018.

_____
UNITED STATES DISTRICT COURT JUDGE